| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Quicken Loans, LLC | |
| In Re:<br><br>Robert J. Dammann,<br><br>Debtor. | Case No.: 20-17121 RG<br>Adv. No.:<br>Hearing Date: 7/15/2020 @8:30 a.m.<br><br>Judge: Rosemary Gambardella |

**Order Filed on July 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 28, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtors:       Robert J. Dammann
Case No.:      20-17121 RG
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Quicken Loans, LLC, holder of a mortgage on real property located at 17 Hoover Street, North Arlington, NJ, 07031, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David L. Stevens, Esquire, attorney for Debtor, Robert J. Dammann, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that property located at 17 Hoover Street, North Arlington, NJ, 07031 is hereby surrendered; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the stay is vacated upon confirmation of the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.