Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 20−17121−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J Dammann
   17 Hoover Street
   North Arlington, NJ 07031

Social Security No.:
   xxx−xx−6856

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on .

   On 8/19/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:               October 7, 2020
Time:              08:30 AM
Location:       Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 20, 2020
JAN: mff

                                                                                           Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 20-17121-RG
Robert J Dammann                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Aug 20, 2020
                              Form ID: 185             Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
```
db             +Robert J Dammann,    17 Hoover Street,    North Arlington, NJ 07031-4813
518870850       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518852621      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518921412      +BBVA USA,   PO Box 10566,    Birmingham, AL 35296-0001
518852624      +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
518852622      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518852623      +Bank of America,    Attn: Bankruptcy,    4909 Savarese Circle,    Tampa, FL 33634-2413
518897770      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518852625      +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
518852637     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance Company,    Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
518852630      +Citi/Sears,   Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518852631      +Citibank,   Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
518904944       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518852632      +Citibank/Exxon Mobile,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518852633      +Citibank/Shell Oil,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
518852634      +Citibank/Sunoco,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518852635      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
518852639      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518852641      +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
518852642      +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518852643      +First Savings Bank/Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
518852644      +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
518920046      +HSBC Bank USA, N.A.,    2929 Walden Ave C9,    Attn:Business Services,    Depew, NY 14043-2690
518852647      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 2013,    Buffalo, NY 14240-2013
518868844      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518892253      +Karen Dammann,    17 Hoover Street,    North Arlington, NJ 07031-4813
518875846      +Quicken Loans, LLC,    635 Woodward Avenue,    Detroit, MI 48226-3408
518852651     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                 P.O. Box 245,    Trenton, NJ 08646)
518852657      +Target,   c/o Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
518896603      +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518852659      +Total Visa/The Bank of Missouri,    Attn: Bankruptcy,    Po Box 85710,
                 Sioux Falls, SD 57118-5710
518862056       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 21 2020 01:26:54
                 AmeriCredit Financial Services, Inc, dba GM Financ,    PO Box 183853,
                 Arlington, TX 76096-3853
518857918       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 21 2020 01:26:54
                 AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                 Arlington, TX 76096
518852619      +E-mail/Text: backoffice@affirm.com Aug 21 2020 01:28:40     Affirm, Inc.,    Attn: Bankruptcy,
                 Po Box 720,    San Francisco, CA 94104-0720
518852620      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 21 2020 01:26:54
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518909345       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 01:37:16
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518852627      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2020 01:38:02     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518893007      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2020 01:36:33
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518887756      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2020 01:37:22     Capital One N.A.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518852636      +E-mail/Text: defaultspecialty.us@bbva.com Aug 21 2020 01:27:33     Compass Bank,
                 Attn: Bankruptcy,    Po Box 10566,    Birmingham, AL 35296-0001
```

```
District/off: 0312-2          User: admin              Page 2 of 3              Date Rcvd: Aug 20, 2020
                              Form ID: 185             Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518852638       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2020 01:36:24      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518864554        E-mail/Text: mrdiscen@discover.com Aug 21 2020 01:26:23      Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany Ohio 43054-3025
518852640       +E-mail/Text: mrdiscen@discover.com Aug 21 2020 01:26:23      Discover Financial,
                 Attn: Bankruptcy,   Po Box 3025,    New Albany, OH 43054-3025
518852645       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 21 2020 01:28:43       Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,   Po Box 4477,    Beaverton, OR 97076-4401
518852646       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 21 2020 01:28:44       Genesis FS Card Services,
                 Attn: Bankruptcy,   Po Box 4477,    Beaverton, OR 97076-4401
518852648       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 21 2020 01:26:49      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518852629        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 21 2020 01:37:02       Chase Card Services,
                 Attn: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850
518895585        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 01:36:29       LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
518892168        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 21 2020 01:37:45       MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,    Greenville, SC 29603-0368
518852649       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 21 2020 01:36:49
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518917849        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:36:34
                 Portfolio Recovery Associates, LLC,    c/o BARCLAYS BANK DELAWARE,    POB 41067,
                 Norfolk, VA 23541
518921150        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:37:10
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
518917855        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:37:18
                 Portfolio Recovery Associates, LLC,    c/o Bp,    POB 41067,    Norfolk VA 23541
518909295        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:38:18
                 Portfolio Recovery Associates, LLC,    c/o Capital One, N.a.,    POB 41067,    Norfolk VA 23541
518909298        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:36:31
                 Portfolio Recovery Associates, LLC,    c/o Gm,    POB 41067,    Norfolk VA 23541
518918773        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:38:17
                 Portfolio Recovery Associates, LLC,    c/o PHILLIPS 66,    POB 41067,    Norfolk, VA 23541
518921132        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:38:18
                 Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
518921133        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:36:30
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518871999       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2020 01:27:50      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518852650       +E-mail/Text: bankruptcy@prosper.com Aug 21 2020 01:28:09      Prosper Funding LLC,
                 221 Main Street,   Suite 300,    San Francisco, CA 94105-1909
518891781        E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2020 01:27:21
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
518852653       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:10      Syncb/Phillips 66,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518852652       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:52      Syncb/citgo,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518852654       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:57      Synchrony Bank,
                 Attn: Bankruptcy,   Po Box 965061,    Orlando, FL 32896-5061
518853704       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518909363       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:51      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518852655       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:54      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518852656       +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:57      Synchrony Bank/PC Richards & Sons,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518863098       +E-mail/Text: bncmail@w-legal.com Aug 21 2020 01:27:43      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518908601        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2020 01:37:22      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518852660       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2020 01:26:01
                 Verizon Wireless,   PO Box 408,    Newark, NJ 07101-0408
                                                                                               TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518852626      Best Buy/cbna
518852628      Capital One Bank Usa N
518852658      Tbom/atls/aspire
cr*           +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518870851*     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518870852*     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                              TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2           User: admin                Page 3 of 3                  Date Rcvd: Aug 20, 2020
                               Form ID: 185               Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:

```
              David L. Stevens    on behalf of Debtor Robert J Dammann dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.c
               om
              Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```