**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0 Valuation of Security    0 Assumption of Executory Contract or Unexpired Lease    0 Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   **Robert J Dammann**

Case No.: **20-17121**
Judge: **RG**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included
☑ Modified/Notice Required
☐ Modified/No Notice Required
Date: **August 19, 2020**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **DLS**    Initial Debtor:  **RJD**    Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **$2,022 Monthly** to the Chapter 13 Trustee, starting on **September 1, 2020** for approximately **56** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☑ Other sources of funding (describe source, amount and date when funds are available):
*$5,265.00 has been paid into the plan

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer, Stevens, & Cammarota, LLP** | **Administrative Fees** | 2,250.00 |
| **Internal Revenue Service** | **Taxes and certain other debts** | 0.00 |
| **State of New Jersey** | **Taxes and certain other debts** | 0.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| -NONE- | | | | | | | |
|---|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| AmeriCredit/GM Financial- Auto |

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

### Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☑ Not less than $ __99,325.20__ to be distributed *pro rata*

☐ Not less than ___ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

### Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

### Part 7: Motions    X NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

### a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

### c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
☑ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

5

### Part 9: Modification ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified:.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To show increase in plan payments and length of plan payments. | Part 1a has been modified to update the monthly trustee payment and length of plan |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **August 19, 2020**          /s/ **Robert J Dammann**
                                   **Robert J Dammann**
                                   Debtor

Date: _____              _____
                                   Joint Debtor

Date **August 19, 2020**          /s/ **David L. Stevens**
                                   **David L. Stevens 034422007 NJ**
                                   Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-17121-RG
Robert J Dammann                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3              Date Rcvd: Aug 20, 2020
                              Form ID: pdf901          Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2020.
```
db              +Robert J Dammann,    17 Hoover Street,    North Arlington, NJ 07031-4813
518870850        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701
518852621       +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518921412       +BBVA USA,    PO Box 10566,    Birmingham, AL 35296-0001
518852624       +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
518852622       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518852623       +Bank of America,    Attn: Bankruptcy,    4909 Savarese Circle,    Tampa, FL 33634-2413
518897770       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518852625       +Barclays Bank Delaware,    Attn: Bankruptcy,    Po Box 8801,    Wilmington, DE 19899-8801
518852637      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,     Attn: Bankruptcy,    Po Box 8099,
                  Newark, DE 19714)
518852630       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518852631       +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,     Po Box 790034,
                  St Louis, MO 63179-0034
518904944        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
518852632       +Citibank/Exxon Mobile,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518852633       +Citibank/Shell Oil,    Citicorp Credit Srvs/Centralized Bk dept,     Po Box 790034,
                  St Louis, MO 63179-0034
518852634       +Citibank/Sunoco,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518852635       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bk dept,     Po Box 790034,
                  St Louis, MO 63179-0034
518852639       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
518852641       +First Nataional Bank/Legacy,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
518852642       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518852643       +First Savings Bank/Blaze,    Attn: Bankruptcy,    Po Box 5096,    Sioux Falls, SD 57117-5096
518852644       +Fortiva,    Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
518920046       +HSBC Bank USA, N.A.,    2929 Walden Ave C9,    Attn:Business Services,    Depew, NY 14043-2690
518852647       +Hsbc Bank,    Attn: Bankruptcy,    Po Box 2013,    Buffalo, NY 14240-2013
518868844       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                  c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                  Boca Raton, FL 33487-2853
518892253       +Karen Dammann,    17 Hoover Street,    North Arlington, NJ 07031-4813
518875846       +Quicken Loans, LLC,    635 Woodward Avenue,    Detroit, MI 48226-3408
518852651      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                  P.O. Box 245,    Trenton, NJ 08646)
518852657       +Target,    c/o Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
518896603       +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
518852659       +Total Visa/The Bank of Missouri,    Attn: Bankruptcy,    Po Box 85710,
                  Sioux Falls, SD 57118-5710
518862056        Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                  Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 21 2020 01:26:54
                  AmeriCredit Financial Services, Inc, dba GM Financ,    PO Box 183853,
                  Arlington, TX 76096-3853
518857918        E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 21 2020 01:26:54
                  AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                  Arlington, TX 76096
518852619       +E-mail/Text: backoffice@affirm.com Aug 21 2020 01:28:40      Affirm, Inc.,    Attn: Bankruptcy,
                  Po Box 720,    San Francisco, CA 94104-0720
518852620       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 21 2020 01:26:54
                  AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
518909345        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 01:36:31
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
518852627       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2020 01:38:00      Capital One,
                  Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518893007       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2020 01:38:19
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518887756       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2020 01:38:19      Capital One N.A.,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518852636       +E-mail/Text: defaultspecialty.us@bbva.com Aug 21 2020 01:27:32      Compass Bank,
                  Attn: Bankruptcy,    Po Box 10566,    Birmingham, AL 35296-0001
```

```
District/off: 0312-2          User: admin              Page 2 of 3               Date Rcvd: Aug 20, 2020
                              Form ID: pdf901          Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518852638      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 21 2020 01:37:16      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518864554       E-mail/Text: mrdiscen@discover.com Aug 21 2020 01:26:23      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
518852640      +E-mail/Text: mrdiscen@discover.com Aug 21 2020 01:26:23      Discover Financial,
                 Attn: Bankruptcy,   Po Box 3025,    New Albany, OH 43054-3025
518852645      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 21 2020 01:28:42      Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,   Po Box 4477,    Beaverton, OR 97076-4401
518852646      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 21 2020 01:28:42      Genesis FS Card Services,
                 Attn: Bankruptcy,   Po Box 4477,    Beaverton, OR 97076-4401
518852648      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 21 2020 01:26:43      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518852629       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 21 2020 01:37:56      Chase Card Services,
                 Attn: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850
518895585       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2020 01:38:12      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518892168       E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 21 2020 01:36:45      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518852649      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 21 2020 01:35:57
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518917849       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:36:33
                 Portfolio Recovery Associates, LLC,    c/o BARCLAYS BANK DELAWARE,    POB 41067,
                 Norfolk, VA 23541
518921150       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:38:17
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
518917855       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:36:33
                 Portfolio Recovery Associates, LLC,    c/o Bp,    POB 41067,    Norfolk VA 23541
518909295       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:37:23
                 Portfolio Recovery Associates, LLC,    c/o Capital One, N.a.,    POB 41067,    Norfolk VA 23541
518909298       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:38:15
                 Portfolio Recovery Associates, LLC,    c/o Gm,    POB 41067,    Norfolk VA 23541
518918773       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:36:32
                 Portfolio Recovery Associates, LLC,    c/o PHILLIPS 66,    POB 41067,    Norfolk, VA 23541
518921132       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:38:17
                 Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
518921133       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 21 2020 01:38:18
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518871999      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2020 01:27:46      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518852650      +E-mail/Text: bankruptcy@prosper.com Aug 21 2020 01:28:09      Prosper Funding LLC,
                 221 Main Street,   Suite 300,    San Francisco, CA 94105-1909
518891781       E-mail/Text: bnc-quantum@quantum3group.com Aug 21 2020 01:27:18
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
518852653      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:35:59      Syncb/Phillips 66,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518852652      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:35:58      Syncb/citgo,    Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518852654      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:36:45      Synchrony Bank,
                 Attn: Bankruptcy,   Po Box 965061,    Orlando, FL 32896-5061
518853704      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:35:59      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518909363      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:37:38      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518852655      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:35:59      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518852656      +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2020 01:35:59      Synchrony Bank/PC Richards & Sons,
                 Attn:  Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
518863098      +E-mail/Text: bncmail@w-legal.com Aug 21 2020 01:27:43      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
518908601       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2020 01:38:19      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518852660      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 21 2020 01:25:55
                 Verizon Wireless,   PO Box 408,    Newark, NJ 07101-0408
                                                                                              TOTAL: 42

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518852626       Best Buy/cbna
518852628       Capital One Bank Usa N
518852658       Tbom/atls/aspire
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518870851*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518870852*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                   TOTALS: 3, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Aug 20, 2020
                              Form ID: pdf901          Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2020 at the address(es) listed below:

      David L. Stevens    on behalf of Debtor Robert J Dammann dstevens@scura.com, ecfbkfilings@scuramealey.com;lrichard@scura.com;lleon@scura.com;martinezcr93878@notify.bestcase.com

      Denise E. Carlon    on behalf of Creditor   Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      Marie-Ann  Greenberg    magecf@magtrustee.com

      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4