Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−17121−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J Dammann
   17 Hoover Street
   North Arlington, NJ 07031

Social Security No.:
   xxx−xx−6856

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 8, 2020.

On 5/10/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                June 16, 2021
Time:                08:30 AM
Location:          Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 11, 2021
JAN: lc

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-17121-RG
Robert J Dammann                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                       Page 1 of 4
Date Rcvd: May 11, 2021              Form ID: 185                    Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |
| 518870850 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518852621 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518921412 | + | BBVA USA, PO Box 10566, Birmingham, AL 35296-0001 |
| 518852624 | + | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 518852622 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518852623 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518897770 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518852625 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518852637 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518852641 | + | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518852642 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518852643 | + | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 518852644 | + | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 518920046 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518852647 | + | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518868844 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518892253 | + | Karen Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |
| 518875846 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518852651 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08646 |
| 518852657 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518896603 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518852659 | + | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518862056 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 11 2021 20:44:00 | AmeriCredit Financial Services, Inc, dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 518857918 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 11 2021 20:44:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518852619 | + | Email/Text: backoffice@affirm.com | May 11 2021 20:45:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518852620 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM  May 11 2021 20:44:00 | | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518909345 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:11:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518852627 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 11 2021 21:13:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518893007 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 11 2021 21:12:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518887756 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 11 2021 21:11:59 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:13:28 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:11:53 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518904944 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:12:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518852632 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:11:56 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:11:53 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852634 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:13:28 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852635 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:12:39 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852636 | + | Email/Text: defaultspecialty.us@bbva.com | May 11 2021 20:44:00 | Compass Bank, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |
| 518852638 | + | Email/PDF: creditonebknotifications@resurgent.com | May 11 2021 21:12:37 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518852639 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:11:53 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518864554 | | Email/Text: mrdiscen@discover.com | May 11 2021 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518852640 | + | Email/Text: mrdiscen@discover.com | May 11 2021 20:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518852645 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 11 2021 20:45:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518852646 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 11 2021 20:45:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518852648 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 11 2021 20:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518852629 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 21:12:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518895585 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:11:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518892168 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 11 2021 21:12:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518852649 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 11 2021 21:11:41 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |

Case 20-17121-RG   Doc 42   Filed 05/13/21   Entered 05/14/21 00:13:51   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: 185 | Total Noticed: 74 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518917849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:12:40 | | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 518921150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:13:29 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518917855 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:11:54 | | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518909295 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:12:40 | | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 518909298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:11:54 | | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518918773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:12:40 | | Portfolio Recovery Associates, LLC, c/o PHILLIPS 66, POB 41067, Norfolk, VA 23541 |
| 518921132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:11:54 | | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518921133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2021 21:13:29 | | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518871999 | + | Email/Text: JCAP_BNC_Notices@jcap.com May 11 2021 20:45:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518852650 | + | Email/Text: bankruptcy@prosper.com May 11 2021 20:45:00 | | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518891781 | | Email/Text: bnc-quantum@quantum3group.com May 11 2021 20:44:00 | | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518852653 | + | Email/PDF: gecsedi@recoverycorp.com May 11 2021 21:12:29 | | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852652 | + | Email/PDF: gecsedi@recoverycorp.com May 11 2021 21:13:16 | | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518909363 | + | Email/PDF: gecsedi@recoverycorp.com May 11 2021 21:11:42 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518852654 | + | Email/PDF: gecsedi@recoverycorp.com May 11 2021 21:11:42 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 518853704 | + | Email/PDF: gecsedi@recoverycorp.com May 11 2021 21:11:42 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518852655 | + | Email/PDF: gecsedi@recoverycorp.com May 11 2021 21:11:43 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852656 | + | Email/PDF: gecsedi@recoverycorp.com May 11 2021 21:11:42 | | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518863098 | + | Email/Text: bncmail@w-legal.com May 11 2021 20:44:00 | | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518908601 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2021 21:13:35 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852660 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 11 2021 20:43:00 | | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518852626 | | Best Buy/cbna |
| 518852628 | | Capital One Bank Usa N |
| 518852658 | | Tbom/atls/aspire |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518870851 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518870852 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Robert J Dammann dstevens@scura.com ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4