Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  20−17121−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert J Dammann
   17 Hoover Street
   North Arlington, NJ 07031

Social Security No.:
   xxx−xx−6856

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 16, 2021.

Dated: June 21, 2021
JAN: rah

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 20-17121-RG
Robert J Dammann                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                             User: admin                              Page 1 of 4
Date Rcvd: Jun 21, 2021                          Form ID: plncf13                         Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |
| 518870850 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518852621 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518852624 | + | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 518852622 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518852623 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518897770 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518852625 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518852637 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518852641 | + | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 518852642 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518852643 | + | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 518852644 | + | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 518920046 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518852647 | + | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518868844 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518892253 | + | Karen Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |
| 518875846 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518852651 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08646 |
| 518852657 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518896603 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518852659 | + | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518862056 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 21 2021 20:56:00 | AmeriCredit Financial Services, Inc, dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 518857918 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 21 2021 20:56:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518852619 | + | Email/Text: backoffice@affirm.com | Jun 21 2021 20:58:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518852620 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |

Case 20-17121-RG    Doc 50    Filed 06/23/21    Entered 06/24/21 00:28:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: plncf13 | Total Noticed: 76 |

| | | | |
|---|---|---|---|
| | | Jun 21 2021 20:56:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518909345 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2021 11:57:38 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518921412 | + Email/Text: defaultspecialty.us@bbva.com | Jun 21 2021 20:57:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296-0001 |
| 518852627 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 21 2021 21:08:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518893007 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 21 2021 21:25:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518887756 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 21 2021 21:25:44 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852630 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:07:21 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852631 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:07:15 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518904944 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:08:16 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518852632 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:07:18 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852633 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:08:14 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852634 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:07:29 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852635 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:08:17 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852636 | + Email/Text: defaultspecialty.us@bbva.com | Jun 21 2021 20:57:00 | Compass Bank, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |
| 518852638 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2021 21:07:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518852639 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2021 21:07:20 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518864554 | Email/Text: mrdiscen@discover.com | Jun 21 2021 20:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518852640 | + Email/Text: mrdiscen@discover.com | Jun 21 2021 20:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518852645 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 21 2021 20:58:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518852646 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 21 2021 20:58:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518852648 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2021 20:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518852629 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 21 2021 21:08:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518895585 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2021 21:08:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518892168 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2021 21:07:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| ID | | Delivery | Time | Recipient |
|---|---|---|---|---|
| 518852649 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2021 11:58:09 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519239957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:07:48 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519239958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:07:12 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518917849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:08:13 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 518921150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:08:13 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518917855 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:07:48 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518909295 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:07:12 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 518909298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:07:48 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518918773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:07:12 | Portfolio Recovery Associates, LLC, c/o PHILLIPS 66, POB 41067, Norfolk VA 23541 |
| 518921132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:08:13 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518921133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2021 21:07:12 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518871999 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 21 2021 20:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518852650 | + | Email/Text: bankruptcy@prosper.com | Jun 21 2021 20:58:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518891781 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2021 20:57:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518852653 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2021 21:07:34 | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852652 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2021 21:07:35 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518909363 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2021 21:07:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518852654 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2021 21:07:35 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 518853704 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2021 21:08:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518852655 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2021 21:06:58 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852656 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 21 2021 21:07:35 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518863098 | + | Email/Text: bncmail@w-legal.com | Jun 21 2021 20:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518908601 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 21 2021 21:25:29 | Verizon, by American InfoSource as agent, 4515 |

| | | | | |
|---|---|---|---|---|
| | | | | N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852660 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 21 2021 20:55:00 | | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518852626 | | Best Buy/cbna |
| 518852628 | | Capital One Bank Usa N |
| 518852658 | | Tbom/atls/aspire |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518870851 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518870852 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Robert J Dammann dstevens@scura.com ecfbkfilings@scuramealey.com;mduran@scura.com;vmajano@scura.com;vmajano@scura.com;rshah@scura.com;stevens.davidl.r93878@notify.bestcase.com;apasku@scura.com;jromero@scura.com;sduarte@scura.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4