| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robert J Dammann <br> First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–6856 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    5/31/20 |
| Case number: | 20–17121–RG | Date case converted to chapter: | 7    10/31/23 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert J Dammann | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17 Hoover Street <br> North Arlington, NJ 07031 | |
| 4. | **Debtor's attorney** <br> Name and address | David L. Stevens <br> Scura, Wigfield, Heyer & Stevens <br> 1599 Hamburg Turnpike <br> Wayne, NJ 07470 | Contact phone 973–696–8391 <br> Email: dstevens@scura.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eric R. Perkins, Chapter 7 Trustee <br> 570 Broad Street <br> Suite 1500 <br> Newark, NJ 07102 | Contact phone _____ |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | MLK Jr Federal Building <br>50 Walnut Street <br>Newark, NJ 07102 <br>Additional information may be available at the Court's Web Site: <br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br>Contact phone 973–645–4764 <br><br>Date: 11/1/23 |
|---|---|---|---|
| 7. | **Meeting of creditors** <br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **December 5, 2023 at 11:00 AM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 805 912 4882, Click on JOIN using passcode 7241283485, or call 1–862–375–1189** <br><br>For additional meeting information go to <br>https://www.justice.gov/ust/moc |
| 8. | **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 2/5/24** |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court

District of New Jersey

In re:  
Robert J Dammann  
    Debtor

Case No. 20-17121-RG  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 01, 2023 | Form ID: 309A | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert J Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |
| 518892253 | + | Karen Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |
| 518852651 | + | State of New Jersey, Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08646-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dstevens@scura.com | Nov 01 2023 20:58:00 | David L. Stevens, Scura, Wigfield, Heyer & Stevens, 1599 Hamburg Turnpike, Wayne, NJ 07470 |
| tr | + | EDI: BERPERKINS.COM | Nov 02 2023 00:37:00 | Eric R. Perkins, Chapter 7 Trustee, 570 Broad Street, Suite 1500, Newark, NJ 07102-4560 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518857918 | | EDI: PHINAMERI.COM | Nov 02 2023 00:37:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518852619 | + | Email/Text: backoffice@affirm.com | Nov 01 2023 21:02:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518852620 | + | EDI: PHINAMERI.COM | Nov 02 2023 00:37:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518870850 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2023 21:27:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518852621 | + | Email/PDF: bncnotices@becket-lee.com | Nov 01 2023 21:27:16 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518909345 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2023 21:05:36 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518852623 | + | EDI: BANKAMER.COM | Nov 02 2023 00:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518852624 | + | EDI: BANKAMER2.COM | Nov 02 2023 00:37:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 518852622 | + | EDI: BANKAMER.COM | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 02 2023 00:37:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518897770 | + | EDI: BANKAMER2.COM | Nov 02 2023 00:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518852625 | + | EDI: TSYS2 | Nov 02 2023 00:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518852637 | | Email/Text: cfcbackoffice@contfinco.com | Nov 01 2023 21:00:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518852627 | + | EDI: CAPITALONE.COM | Nov 02 2023 00:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518893007 | + | EDI: AIS.COM | Nov 02 2023 00:37:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518887756 | + | EDI: AIS.COM | Nov 02 2023 00:37:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852630 | + | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852631 | + | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518904944 | | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518852632 | + | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852633 | + | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852634 | + | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852635 | + | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852638 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 01 2023 21:05:16 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518852639 | | EDI: CITICORP.COM | Nov 02 2023 00:37:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518864554 | | EDI: DISCOVER.COM | Nov 02 2023 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518852640 | + | EDI: DISCOVER.COM | Nov 02 2023 00:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518852641 | | Email/Text: BNSFN@capitalsvcs.com | Nov 01 2023 20:59:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 518852643 | | Email/Text: BNBLAZE@capitalsvcs.com | Nov 01 2023 20:59:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 518852642 | + | EDI: AMINFOFP.COM | Nov 02 2023 00:37:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518852644 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 01 2023 20:59:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 518852645 | + | EDI: PHINGENESIS | Nov 02 2023 00:37:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518852646 | + | EDI: PHINGENESIS | Nov 02 2023 00:37:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518920046 | | ^ MEBN | | |

Case 20-17121-RG    Doc 63    Filed 11/03/23    Entered 11/04/23 00:18:32    Desc Imaged
                              Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 309A | Total Noticed: 79 |

| | | | |
|---|---|---|---|
| | | Nov 01 2023 20:51:42 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518852647 | + EDI: HFC.COM | | |
| | | Nov 02 2023 00:37:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518852648 | + EDI: IRS.COM | | |
| | | Nov 02 2023 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518852629 | EDI: JPMORGANCHASE | | |
| | | Nov 02 2023 00:37:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518868844 | + Email/Text: RASEBN@raslg.com | | |
| | | Nov 01 2023 20:59:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518895585 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Nov 01 2023 21:05:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518892168 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Nov 01 2023 21:05:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518852649 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Nov 01 2023 21:06:18 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518921412 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 01 2023 20:59:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 518852636 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 01 2023 20:59:00 | Compass Bank, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519584676 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 01 2023 20:59:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519584677 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Nov 01 2023 20:59:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101, PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519239957 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519239958 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518917849 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 518921150 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518917855 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518909295 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 518909298 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518918773 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o PHILLIPS 66, POB 41067, Norfolk, VA 23541 |
| 518921132 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518921133 | EDI: PRA.COM | | |
| | | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518871999 | + EDI: JEFFERSONCAP.COM | | |
| | | Nov 02 2023 00:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518852650 | ^ MEBN | | |

Case 20-17121-RG    Doc 63    Filed 11/03/23    Entered 11/04/23 00:18:32    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 309A | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 01 2023 20:53:47 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518891781 | | EDI: Q3G.COM | | |
| | | | Nov 02 2023 00:37:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518875846 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Nov 01 2023 21:01:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518852653 | + | EDI: RMSC.COM | | |
| | | | Nov 02 2023 00:37:00 | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852652 | + | EDI: RMSC.COM | | |
| | | | Nov 02 2023 00:37:00 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518909363 | + | EDI: RMSC.COM | | |
| | | | Nov 02 2023 00:37:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518852654 | + | EDI: RMSC.COM | | |
| | | | Nov 02 2023 00:37:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 518853704 | + | EDI: AIS.COM | | |
| | | | Nov 02 2023 00:37:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852655 | + | EDI: RMSC.COM | | |
| | | | Nov 02 2023 00:37:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852656 | + | EDI: RMSC.COM | | |
| | | | Nov 02 2023 00:37:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518863098 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 01 2023 21:01:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518852657 | + | EDI: WTRRNBANK.COM | | |
| | | | Nov 02 2023 00:37:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518896603 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Nov 01 2023 20:59:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518852659 | + | EDI: TCISOLUTIONS.COM | | |
| | | | Nov 02 2023 00:37:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518862056 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Nov 01 2023 21:05:40 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518908601 | + | EDI: AIS.COM | | |
| | | | Nov 02 2023 00:37:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852660 | + | EDI: VERIZONCOMB.COM | | |
| | | | Nov 02 2023 00:37:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518852626 | | Best Buy/cbna |
| 518852628 | | Capital One Bank Usa N |
| 518852658 | | Tbom/atls/aspire |
| 518870851 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518870852 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519243545 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243546 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 309A | Total Noticed: 79 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David L. Stevens | on behalf of Debtor Robert J Dammann dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4