Form 200 − blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−17121−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Robert J Dammann
 17 Hoover Street
 North Arlington, NJ 07031

Social Security No.:
 xxx−xx−6856

Employer's Tax I.D. No.:

### RESCHEDULING THE FIRST MEETING OF CREDITORS

Please take notice in the above case the First Meeting of Creditors scheduled for 12/5/23 has been rescheduled. A new notice will follow, the Trustee address is incorrect

Dated: December 4, 2023
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Robert J Dammann  
    Debtor

Case No. 20-17121-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 5  
Date Rcvd: Dec 04, 2023        Form ID: 200        Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert J Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |
| 518892253 | + | Karen Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 04 2023 20:54:00 | AmeriCredit Financial Services, Inc, dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 518857918 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 04 2023 20:54:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518852619 | + | Email/Text: backoffice@affirm.com | Dec 04 2023 20:54:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518852620 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 04 2023 20:54:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518870850 | | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 21:04:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518852621 | + | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 21:03:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518909345 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:02:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518852623 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2023 20:53:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518852624 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 04 2023 20:54:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 518852622 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 04 2023 20:53:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518897770 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 04 2023 20:54:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 20-17121-RG    Doc 70    Filed 12/06/23    Entered 12/07/23 00:13:12    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: 200 | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518852625 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 04 2023 20:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518852637 | | Email/Text: cfcbackoffice@contfinco.com | Dec 04 2023 20:54:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518852627 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 04 2023 21:02:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518893007 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:02:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518887756 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:03:40 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:03:28 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:02:47 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518904944 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:04:29 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518852632 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:04:23 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852633 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:02:50 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852634 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:03:32 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852635 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:02:47 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852638 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2023 21:04:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518852639 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 21:02:54 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518864554 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 20:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518852640 | + | Email/Text: mrdiscen@discover.com | Dec 04 2023 20:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518852641 | | Email/Text: BNSFN@capitalsvcs.com | Dec 04 2023 20:53:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 518852643 | | Email/Text: BNBLAZE@capitalsvcs.com | Dec 04 2023 20:54:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 518852642 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 04 2023 21:03:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518852644 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 04 2023 20:53:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 518852645 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 04 2023 20:55:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518852646 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 04 2023 20:55:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518920046 | ^ | MEBN | Dec 04 2023 20:50:21 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518852647 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 04 2023 20:53:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |

Case 20-17121-RG    Doc 70    Filed 12/06/23    Entered 12/07/23 00:13:12    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: 200 | Total Noticed: 78 |

| | | | | |
|---|---|---|---|---|
| 518852648 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2023 20:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518852629 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2023 21:03:40 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518868844 | + | Email/Text: RASEBN@raslg.com | Dec 04 2023 20:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518895585 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2023 21:03:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518892168 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2023 21:03:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518852649 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 04 2023 21:02:18 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518921412 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2023 20:53:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 518852636 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2023 20:53:00 | Compass Bank, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519584676 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2023 20:53:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519584677 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 04 2023 20:53:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101, PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519239957 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519239958 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:24 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518917849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:24 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 518921150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:24 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518917855 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:24 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518909295 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:37 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 518909298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:24 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518918773 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:39 | Portfolio Recovery Associates, LLC, c/o PHILLIPS 66, POB 41067, Norfolk, VA 23541 |
| 518921132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:04:19 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518921133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 04 2023 21:03:53 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518871999 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 04 2023 20:54:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518852650 | ^ | MEBN | Dec 04 2023 20:48:20 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518891781 | | Email/Text: bnc-quantum@quantum3group.com | Dec 04 2023 20:54:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 20-17121-RG   Doc 70   Filed 12/06/23   Entered 12/07/23 00:13:12   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 04, 2023 | Form ID: 200 | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518875846 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 04 2023 20:54:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518852651 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 04 2023 20:53:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08646 |
| 518852653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:02:57 | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:03:32 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518909363 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:02:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518852654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:04:19 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 518853704 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:02:34 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:03:34 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 21:04:13 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518863098 | + | Email/Text: bncmail@w-legal.com | Dec 04 2023 20:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518852657 | + | Email/Text: bncmail@w-legal.com | Dec 04 2023 20:54:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518896603 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 04 2023 20:53:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518852659 | + | Email/Text: famc-bk@1stassociates.com | Dec 04 2023 20:54:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518862056 | | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 21:04:35 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518908601 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 04 2023 21:02:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852660 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 04 2023 20:53:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 76

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518852626 | | Best Buy/cbna |
| 518852628 | | Capital One Bank Usa N |
| 518852658 | | Tbom/atls/aspire |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518870851 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518870852 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519243545 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243546 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

Case 20-17121-RG    Doc 70    Filed 12/06/23    Entered 12/07/23 00:13:12    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 5 of 5 |
| --- | --- | --- |
| Date Rcvd: Dec 04, 2023 | Form ID: 200 | Total Noticed: 78 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2023               Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David L. Stevens | on behalf of Debtor Robert J Dammann dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4