| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Robert J Dammann <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6856 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20-17121-RG | |

## Order of Discharge                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert J Dammann

<u>3/28/24</u>                                                **By the court:**   <u>Rosemary Gambardella</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-17121-RG |
| Robert J Dammann | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 28, 2024 | Form ID: 318 | Total Noticed: 78 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J Dammann, 1340 Coriander Dr., Poinciana, FL 34759-5411 |
| 518852637 | ++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 518892253 | + | Karen Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Mar 29 2024 00:46:00 | AmeriCredit Financial Services, Inc, dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 518857918 | | EDI: PHINAMERI.COM | Mar 29 2024 00:46:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 518852619 | + | Email/Text: backoffice@affirm.com | Mar 28 2024 21:13:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 518852620 | + | EDI: PHINAMERI.COM | Mar 29 2024 00:46:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518870850 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 21:20:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518852621 | + | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 21:20:32 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518909345 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 21:09:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518852623 | + | EDI: BANKAMER | Mar 29 2024 00:46:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518852624 | + | EDI: BANKAMER2 | Mar 29 2024 00:46:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 518852622 | + | EDI: BANKAMER | Mar 29 2024 00:46:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |

Case 20-17121-RG    Doc 78    Filed 03/30/24    Entered 03/31/24 00:20:50    Desc Imaged
Certificate of Notice    Page 4 of 7

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 5 |
| Date Rcvd: Mar 28, 2024 | Form ID: 318 | Total Noticed: 78 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 518897770 | + EDI: BANKAMER2 | Mar 29 2024 00:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518852625 | + EDI: TSYS2 | Mar 29 2024 00:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 518852627 | + EDI: CAPITALONE.COM | Mar 29 2024 00:46:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518893007 | + EDI: AIS.COM | Mar 29 2024 00:46:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518887756 | + EDI: AIS.COM | Mar 29 2024 00:46:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852630 | + EDI: CITICORP | Mar 29 2024 00:46:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852631 | + EDI: CITICORP | Mar 29 2024 00:46:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518904944 | EDI: CITICORP | Mar 29 2024 00:46:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518852632 | + EDI: CITICORP | Mar 29 2024 00:46:00 | Citibank/Exxon Mobile, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852633 | + EDI: CITICORP | Mar 29 2024 00:46:00 | Citibank/Shell Oil, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852634 | + EDI: CITICORP | Mar 29 2024 00:46:00 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518852635 | + EDI: CITICORP | Mar 29 2024 00:46:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518852638 | + Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2024 21:08:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518852639 | EDI: CITICORP | Mar 29 2024 00:46:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518864554 | EDI: DISCOVER | Mar 29 2024 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518852640 | + EDI: DISCOVER | Mar 29 2024 00:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518852641 | Email/Text: BNSFN@capitalsvcs.com | Mar 28 2024 21:10:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 518852643 | Email/Text: BNBLAZE@capitalsvcs.com | Mar 28 2024 21:10:00 | First Savings Bank/Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 518852642 | + EDI: AMINFOFP.COM | Mar 29 2024 00:46:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518852644 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 28 2024 21:10:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 518852645 | + EDI: PHINGENESIS | Mar 29 2024 00:46:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518852646 | + EDI: PHINGENESIS | Mar 29 2024 00:46:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 518920046 | ^ MEBN | Mar 28 2024 21:02:25 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn:Business Services, Depew, NY 14043-2690 |
| 518852647 | + EDI: HFC.COM | Mar 29 2024 00:46:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |

Case 20-17121-RG    Doc 78    Filed 03/30/24    Entered 03/31/24 00:20:50    Desc Imaged
Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 28, 2024 | Form ID: 318 | Total Noticed: 78 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518852648 | + | EDI: IRS.COM | Mar 29 2024 00:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518852629 | | EDI: JPMORGANCHASE | Mar 29 2024 00:46:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518868844 | + | Email/Text: RASEBN@raslg.com | Mar 28 2024 21:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518895585 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2024 21:19:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518892168 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2024 21:08:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518852649 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 28 2024 21:08:33 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518921412 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 21:10:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296 |
| 518852636 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 21:10:00 | Compass Bank, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 519584676 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 21:10:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519584677 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 28 2024 21:10:00 | PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101, PNC Bank, NA, PO Box 94982, Cleveland Ohio 44101 |
| 519239957 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519239958 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518917849 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 518921150 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518917855 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 518909295 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 518909298 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518918773 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o PHILLIPS 66, POB 41067, Norfolk, VA 23541 |
| 518921132 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518921133 | | EDI: PRA.COM | Mar 29 2024 00:46:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518871999 | + | EDI: JEFFERSONCAP.COM | Mar 29 2024 00:46:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518852650 | ^ | MEBN | Mar 28 2024 21:00:53 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 518891781 | | EDI: Q3G.COM | Mar 29 2024 00:46:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |

Case 20-17121-RG    Doc 78    Filed 03/30/24    Entered 03/31/24 00:20:50    Desc Imaged
                         Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: 318 | Total Noticed: 78 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518875846 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 28 2024 21:12:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518852651 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 28 2024 21:10:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08646 |
| 518852653 | + | EDI: SYNC | Mar 29 2024 00:46:00 | Syncb/Phillips 66, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852652 | + | EDI: SYNC | Mar 29 2024 00:46:00 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518909363 | + | EDI: PRA.COM | Mar 29 2024 00:46:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518852654 | + | EDI: SYNC | Mar 29 2024 00:46:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965061, Orlando, FL 32896-5061 |
| 518853704 | + | EDI: AIS.COM | Mar 29 2024 00:46:00 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852655 | + | EDI: SYNC | Mar 29 2024 00:46:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518852656 | + | EDI: SYNC | Mar 29 2024 00:46:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518863098 | + | Email/Text: bncmail@w-legal.com | Mar 28 2024 21:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518852657 | + | EDI: WTRRNBANK.COM | Mar 29 2024 00:46:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 518896603 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 28 2024 21:10:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 518852659 | + | EDI: TCISOLUTIONS.COM | Mar 29 2024 00:46:00 | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls, SD 57118-5710 |
| 518862056 | | Email/PDF: bncnotices@becket-lee.com | Mar 28 2024 21:20:31 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518908601 | + | EDI: AIS.COM | Mar 29 2024 00:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518852660 | + | EDI: VERIZONCOMB.COM | Mar 29 2024 00:46:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 75

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518852626 | | Best Buy/cbna |
| 518852628 | | Capital One Bank Usa N |
| 518852658 | | Tbom/atls/aspire |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518870851 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518870852 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519243545 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519243546 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 520109313 | ##+ | Robert J. Dammann, 17 Hoover Street, North Arlington, NJ 07031-4813 |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: 318 | Total Noticed: 78 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Robert J Dammann dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com;sterry@scura |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4